UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CESAR ROCA (#457210)

VERSUS    CIVIL ACTION NO.: 07-511-JVP-DLD

RICHARD STALDER, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 17, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, plaintiff's claims are hereby **DISMISSED** as legally frivolous pursuant to 42 U.S.C. § 1915, with the exception of his claim that the defendants have violated his right to equal protection, and this matter is matter is back referred to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, May 8, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA